# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ASHLEY WALLACE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.** |
| | ) | |
| **vs.** | ) | **Jury Trial Demand** |
| | ) | |
| **ACHIEVE WELLNESS CENTER,** | ) | |
| **A Tennessee limited liability** | ) | |
| **corporation;** | ) | |
| **and HAROLD THOMPSON, JR.** | ) | |
| **M.D.,** | ) | |
| **Individually,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL BY DEFENDANTS ACHIEVE WELLNESS CENTER AND DR. HAROLD THOMPSON, JR.

Defendants Achieve Wellness Center and Dr. Harold Thompson, Jr. (collectively, the "Defendants"), pursuant to 28 U.S.C. § 1441, 1331, 1367, and 1446, hereby give notice of the removal of the civil action filed by Plaintiff, Ashley Wallace ("Plaintiff"), to the United States District Court for the Middle District of Tennessee, Nashville Division, presently pending in the Circuit Court for Davidson County, Tennessee, designated as Docket No. 19C2981.

As grounds for removal, both Defendants state as follows:

1

1. In accordance with 28 U.S.C. § 1446, copies of all documents, including all orders, pleadings, and process which have to date been served upon Defendants are attached hereto:

   a. A copy of the *Complaint* is attached hereto as **Exhibit A**.

   b. A copy of *Harold Thompson*, *Jr's return of personal service of summons* is attached hereto as **Exhibit B.**

   c. A copy of *Achieve Wellness Center, LLC's return of personal service of summons* is attached hereto as **Exhibit C.**

   d. A copy of *Plaintiff's Notice of Service of Discovery to Defendant, Plaintiff's First Interrogatories and First Request for Production of Documents to Defendants,* and *Plaintiff's Notice of Service of Discovery to Defendant* are attached hereto as **Exhibit D.**

   e. A copy of the *Notice of Mediation Report By Rule 31 Mediator* is attached hereto as **Exhibit E**.

2. The Complaint in the above referenced action was filed in the Circuit Court for Davidson County, Tennessee at Nashville on December 20, 2019. Defendant Harold Thompson, Jr accepted service of the Complaint on behalf of both Defendants on January 2, 2020.

3. In accordance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendants' receipt of service of the Complaint.

4. Removal of the entire action is proper under 28 U.S.C. §1331 and 1441. This is a civil action brought in a State court over which the district courts of the United States have original jurisdiction. Count III of the Complaint assert claims for discrimination and hostile

2

work environment in violation of 42 U.S.C.S §2000e, over which this Court has federal question jurisdiction under 28 U.S.C. §1331.

5. Count I and II, arising out of the same factual allegations, assert claims under T.C.A. §4-21-401 for sexual harassment and retaliation, over which this court has supplemental jurisdiction. 28 U.S.C. §1367.

6. Count IV, asserts a claim for wrongful discharge pursuant to T.C.A. §50-1-304, over which this court has supplemental jurisdiction. 28 U.S.C. §1367.

7. Count V and VI, arising out of the same factual allegations, assert claims for negligent infliction of emotional distress and intentional infliction of emotional distress under Tennessee's common law, over which this Court has supplemental jurisdiction under 28 U.S.C. §1367.

8. Venue is appropriate in the United States District Court for the Middle District of Tennessee, Nashville Division, because it is the district court and division within which the state action is pending, the Circuit Court for Davidson County, Tennessee at Nashville, in accordance with 28 U.S.C. §1441(a).

9. The undersigned counsel certifies, in accordance with 28 U.S.C. §1446(d), that concurrent with the filing of this Notice of Removal, Defendants' *Notice of Filing Notice of Removal*, including a copy of this document, has been served upon counsel for Plaintiff, Tim Bowden and Michael W. Gaines, Law Offices of Tim Bowden, 306 Northcreek Blvd., Suite 200, Goodlettsville, Tennessee 37072.

10. The undersigned counsel further certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, Defendants' Notice of Filing Notice of Removal, including a copy of this document, has been filed with the

Clerk & Master of the Circuit Court for Davidson County, Tennessee at Nashville.  Attached

hereto as **Exhibit F.**

11.     By filing this Notice of Removal, Defendants do not waive any available

defenses.

## CONCLUSION

Defendants respectfully request that this action now pending before the Circuit Court for

Davidson County, Tennessee at Nashville be removed to this Court.


Respectfully submitted,

**NEAL & HARWELL, PLC**

s/     Kendra E. Samson
Kendra E. Samson (BPR No. 018976)
Mozianio S. Reliford III (BPR No. 036170)
1201 Demonbreun, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
Fax: (615) 726-0573
ksamson@nealharwell.com
treliford@nealharwell.com

*Counsel for Defendants Achieve Wellness*
*Center and Dr. Harold Thompson, Jr.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on January 29, 2020

and served on January 29, 2020, via ECF and First-Class Mail.

Tim Bowden
Michael Gaines
Law Offices of Tim Bowden
306 Northcreek Blvd., Suite 200
Goodlettsville, Tennessee 37072
bowden_law@bellsouth.net
mwgaines01@gmail.com

*Counsel for Plaintiff Ashley Wallace.*

s/  Kendra E. Samson   

5