IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:20-cv-00082 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| ACHIEVE WELLNESS CENTER and ) | |
| HAROLD THOMPSON, JR. M.D., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Remand to State Court (Doc. No. 7, "Motion to Remand"). Defendants' counsel has advised that Defendants do not oppose the remand of this case back to state court. (*Id.*) For the reasons stated herein, the Motion to Remand is granted.

On December 20, 2019, Plaintiff filed a Complaint against Defendants in the Circuit Court for Davidson County, Tennessee. On January 29, 2020, before filing any responsive pleading, Defendant removed this action to this Court pursuant to 28 U.S.C. § 1441, arguing that it could have been brought originally in this Court under 28 U.S.C. § 1331 (federal question jurisdiction). (Doc. No. 1). Specifically, Defendants' Notice of Removal states that this Court had original jurisdiction over Plaintiffs' federal claim for discrimination and hostile work environment in violation of 42 U.S.C. § 2000e et seq., referred to herein as "Title VII" (Count III of the Original Complaint), with supplemental jurisdiction over any state law claims under 28 U.S.C. § 1367.

On January 31, 2020, before any responsive pleading had been filed, Plaintiff filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). (Doc. No. 5). Plaintiff's Amended Complaint eliminates Plaintiff's only federal claim (Count III, which is premised upon

1

Title VII). The remaining claims each allege a violation of state law. Plaintiff filed the instant Motion to Remand on February 3, 2020, asserting that because the basis for removal was reliance upon the presence of a "federal question" claim for relief pursuant to 28 U.S.C. §1331 and there is no longer federal question to confer jurisdiction on this Court, remand is proper (Doc. No. 7). Plaintiff's Motion to Remand is well-taken.

## **CONCLUSION**

For these reasons, Plaintiffs' Motion to Remand (Doc. No. 7) is **GRANTED**. This action is accordingly **REMANDED** to the Circuit Court for Davidson County, Tennessee.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE